AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| TERRY YOUNGKIN,<br>　　　Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　**JUDGMENT IN A CIVIL CASE**<br>)　**CASE NO. 5:11-CV-227-D**<br>)<br>) |

Decision by the Court:

　　　**IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 46].  Plaintiff's Motion for Judgment Reversing or Modifying Decision of Secretary or Remanding Case for a Rehearing  [D.E. 38] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 40] is DENIED, and this action is REMANDED to the Commissioner under sentence four of 42 U.S.C § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 17, 2012,** WITH A COPY  TO:

Cynthia M. Currin  (via CM/ECF electronic notification)
Michael A. Haar (via CM/ECF electronic notification)


　　　　　　　　　　　　　　　　　　　　　　　　JULIE A. RICHARDS, Clerk
September 17, 2012
Date　　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　　　/s/Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina