IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-227-D

TERRY YOUNGKIN,            )
                           )
        Plaintiff,         )
                           )
  v.                       )    ORDER GRANTING ATTORNEY
                           )    FEES UNDER THE EQUAL
MICHAEL J. ASTRUE,         )    ACCESS TO JUSTICE ACT
  Commissioner of          )
  Social Security,         )
                           )
        Defendant.         )
_____)

Upon stipulation and agreement of the parties, it is ORDERED that the Commissioner of the Social Security Administration pay to Plaintiff the sum of $7,300.50 in attorney's fees and $153.60 in expenses in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED this 6 day of November, 2012.

JAMES C. DEVER III
Chief United States District Judge